No. 84–1065. KRAVITZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–1102. PHILIBOSIAN, DISTRICT ATTORNEY FOR THE COUNTY OF LOS ANGELES, ET AL. v. FEMINIST WOMEN'S HEALTH CENTER, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–1132. EASTWAY WOMEN'S CLINIC, INC. v. EASTWAY GENERAL HOSPITAL, LTD. C. A. 5th Cir. Certiorari denied.

No. 84–1137. INDIANAPOLIS COLTS v. MAYOR AND CITY COUNCIL OF BALTIMORE ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–1146. PRAVDA v. HALL ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–1149. LITCHFIELD v. SPIELBERG ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–1154. QUINN v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. C. A. 10th Cir. Certiorari denied.

No. 84–1156. COX ENTERPRISES, INC., DBA AUSTIN AMERICAN-STATESMAN v. HARDY, JUDGE, 130TH DISTRICT COURT, MATAGORDA COUNTY, TEXAS; and
No. 84–1186. HOUSTON CHRONICLE PUBLISHING CO. v. HARDY, JUDGE, 130TH DISTRICT COURT, MATAGORDA COUNTY, TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 84–1159. JENSEN, ADMINISTRATRIX OF THE ESTATES OF BROWN ET AL. v. CONRAD ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–1161. CAMPBELL v. PIERCE COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–1163. AGUILAR v. TEXAS. Ct. App. Tex., 10th Sup. Jud. Dist. Certiorari denied.

No. 84–1170. 20TH CENTURY WEAR, INC. v. SANMARK-STARDUST, INC., ET AL. C. A. 2d Cir. Certiorari denied.